IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:24-CV-00571-FL

GLENPEACE LLC d/b/a "The Village;" JO HEAVEN INC. d/b/a "ALCHEMY;" and DANIEL A. LOVENHEIM,

*Plaintiffs*,

v.

THE CITY OF RALEIGH, et al.

*Defendants.*

**NOTICE OF APPEARANCE**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: All Plaintiffs.

Dated:
January 3, 2025

Respectfully submitted,

/s/ Abraham Rubert-Schewel
Tin Fulton Walker & Owen, PLLC
119 E. Orange St., Suite 12
Durham, NC 27701
schewel@tinfulton.com
919-451-9216