IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:24-CV-00571-FL

| | |
|---|---|
| GLENPEACE LLC d/b/a "The Village", et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>THE CITY OF RALEIGH, et al.<br><br>*Defendants*. | **ORDER GRANTING PLAINTIFFS' CONSENT MOTION TO EXTEND THE TIME TO RESPOND** |

This matter was heard by the undersigned on a motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, by Plaintiffs to extend time to respond or amend in response to Defendants' The City of Raleigh, Marchell Adams-David, Robert Bowen, Robin Tatum and Whitney Shoenfeld's motions to dismiss.

It appears to the Court that the time for responding or amending in response to the motions has not expired, that Defendants' counsel has not objected to the motion, and that good cause exists to grant this motion.

IT IS THEREFORE ORDERED that Plaintiffs shall have up to and including February 12, 2025, to respond or amend in response to Defendants'

The City of Raleigh, Marchell Adams-David, Robert Bowen, Robin Tatum and Whitney Shoenfeld's motions to dismiss.

This the 8th day of January, 2025.

LOUISE W. FLANAGAN
United States District Judge